**FILED**
September 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KELLY SMITH, ) <br> ) <br> Defendant. ) | Case No. 2:11MJ00288-GGH-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KELLY SMITH , Case No.  2:11MJ00288-GGH-2 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   __  Bail Posted in the Sum of $_____

      __  Unsecured Appearance Bond

      __  Appearance Bond with 10% Deposit

      __  Appearance Bond with Surety

      __  Corporate Surety Bail Bond

      ✔  (Other)      Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 15, 2011  at  2:00 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court